UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GEORGE MARSHALL,                    )
                                    )
            Petitioner,             )    No. CV 97-0582 MMM (AJW)
                                    )
      v.                            )
                                    )    ORDER ADOPTING REPORT AND
BEN CURRY, WARDEN,                  )    RECOMMENDATION OF
                                    )    MAGISTRATE JUDGE
            Respondent.             )
_____)

     The Court has reviewed the entire record in this action, the
Report and Recommendation of Magistrate Judge ("Report), and
petitioner's objections.   The Court concurs with and adopts the
findings of fact, conclusions of law, and recommendations contained in
the Report after having made a de novo determination of the portions
to which objections were directed.

     DATED:  February 12, 2009

                                    _____
                                    Margaret M. Morrow
                                    United States District Judge